UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>LUIS ARIEL PEREZ MELENDEZ<br>XXX-XX-9505<br><br>DEBTOR (S) | CASE NO. 09-09752-EAG<br><br>CHAPTER 13 |

TRUSTEE'S OBJECTION TO CLAIM #06-1
FILED BY (OR ON BEHALF OF):DORAL BANK

TO THE HONORABLE COURT:

   The Trustee objects to Claim #06-1, filed on March 15, 2012 for the amount of $78,316.04, classified as SECURED on the following grounds:

• Failure to comply with BR 3001(c), no written evidence of the claimed debt was filed with the proof of claim.

   WHEREFORE the Trustee respectfully prays that this motion be granted for the reason herein set forth and that an order be entered:

   Disallowing objected Claim.

   30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

   In San Juan, Puerto Rico this Tuesday, March 20, 2012.

                              /s/ Jose R. Carrion
                              JOSE R. CARRION
                              CHAPTER 13 TRUSTEE
                              PO Box 9023884, Old San Juan Stat.
                              San Juan, PR 00902-3884
                              Tel. (787) 977-3535
                              Fax  (787) 977-3550

LUIS ARIEL PEREZ MELENDEZ

VERIFIED STATEMENT

    The undersigned, of legal age and as employee of Jose R. Carrion, Chapter 13 Trustee Office, hereby certifies that on this same date, I personally and duly notified a true and exact copy of the attached motion to each party below listed.

| | |
|---|---|
| LUIS ARIEL PEREZ MELENDEZ<br>COLINAS DE SAN MARTIN<br>C13 CALLE 4<br>JUANA DIAZ, PR  00795 | DORAL BANK<br>C/O LIGIA RIVERA BUJOSA<br>PO BOX 7821<br>PONCE, PR  00732-7821 |
| ANDREW JIMENEZ CANCEL*<br>ROVIRA OFFICE PARK SUITE 401<br>623 AVE LA CEIBA<br>PONCE, PR  00717-1902 | LUIS ARIEL PEREZ MELENDEZ<br>COLINAS DE SAN MARTIN<br>C13 CALLE 4<br>JUANA DIAZ, PR  00795 |

In San Juan, Puerto Rico this Tuesday, March 20, 2012.

*Olga Sosa*
_____
Chapter 13 Clerk